COMPLAINT by A PRISONER UNDER THE CIVIL RIGHTS ACT. 42 U.S.C 1983.

NAME WEAVER WILLIE W
(LAST)      (FIRST)    (INITIAL)

PRISONER NUMBER J-91389

INSTITUTIONAL ADDRESS PELICAN BAY STATE PRISON P.O. BOX 7000 CRESCENT CITY, CA. 95531.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

WILLIE WEAVER
(ENTER THE FULL NAME OF PLAINTIFF IN THIS ACTION)

PELICAN BAY STATE vs. PRISON SECOND WATCH 01/07/08 B-2- P.S.U Shu Law Library

(ENTER THE FULL NAME OF THE DEFENDANT(S) IN THIS ACTION)

**CV 08    00652** (PR) **JW**

CASE NO.
(TO BE PROVIDED BY THE CLERK OF COURT)

COMPLAINT UNDER THE CIVIL RIGHT ACT 42 U.S.C 1983

(ALL QUESTIONS ON THIS COMPLAINT FORM MUST BE ANSWERED IN ORDER FOR YOUR ACTION TO PROCEED. )

1. EXHAUSTION OF ADMINISTRATIVE REMEDIES NOTE : YOU MUST EXHAUST YOUR ADMINI-STRATIVE REMEDIES BEFORE CLAIM CAN GO FORWARD, THE COURT WILL DISSMISS ANY UNEXHAUSTED CLAIMS)

A. PLACE OF PRESENT CONFINEMENT P.S.U

B. IS THERE A GRIEVANCE PROCEDURE IN THIS INSTITUTION? YES (✓) NO ( )

C. DID YOU PRESENT THE FACTS IN YOUR COMPLAINT FOR REVIEW THROUGH THE GRIEVANCE PROCEDURE? YES (✓) NO ( )

D. IF YOUR ANSWER IS YES, LIST THE APPEAL NUMBER AND THE DATE AND RESULT OF THE

COMPLAINT          - 1 -

APPEAL AT EACH LEVEL OF REVIEW, IF YOU
did NOT PURSUE A CERTAIN LEVEL OF APPEAL
EXPLAIN WHY.
1. INFORMAL APPEAL _____
2. FIRST FORMAL LEVEL _____
3. SECOND FORMAL LEVEL _____

E. IS THE LAST LEVEL TO WHICH YOU
   APPEALED THE HIGHEST LEVEL OF
   APPEAL AVAILABLE TO YOU?
   YES ( )    NO (✓)
F. IF YOU did NOT PRESENT YOUR
   CLAIM FOR REVIEW THROUGH THE
   GRIEVANCE PROCEDURE.
   EXPLAIN WHY. STILL BEING
        PROCESSED

II. PARTIES
A. WRITE YOUR NAME AND YOUR PRESENT
   ADDRESS. DO THE SAME FOR ADDITIONAL
   PLAINTIFFS, IF ANY. WILLIE WEAVER
   PELICAN BAY STATE PRISON P.O. BOX
   7000 CRESCENT CITY, CA. 95531.
B. WRITE THE FULL NAME OF EACH
   DEFENDANT HIS OR HER OFFICIAL
   POSITION, AND HIS OR HER PLACE
   OF EMPLOYMENT.
   PELICAN BAY STATE PRISON P.O. BOX
   7000 CRESCENT CITY, CA. 95531.
   SECOND WATCH 01/07/08 B-2
   P.S.U. SHU LAW LIBRARY

COMPLAINT              - 2 -

STATEMENT OF CLAIM

STATE HERE AS BRIEFLY AS POSSIBLE THE FACTS OF YOUR CASE. BE SURE TO DESCRIBE HOW EACH DEFENDANT IS INVOLVED AND TO INCLUDE DATES, WHEN POSSIBLE, DO NOT GIVE ANY LEGAL ARGUMENTS OR CITE ANY CASES OR STATUTES. IF YOU HAVE MORE THAN ONE CLAIM, EACH CLAIM SHOULD BE SET FORTH IN A SEPARATE NUMBERED PARAGRAPH.

PLAINTIFF IS P.L.U STATUS AND HE IS BEING DENIED ACESS TO LEGAL LAW LIBRARY ON THE DATE 01/07/08 WITH VERFIED COURT DEADLINES ON P.L.U STATUS SEE: CALIFORNIA CODE OF REGULATION TITLE 15. ARTICLE 6.3162(A) DEFENDANT'S SHOWED DELIBERATE IN DIFFERENCE UNDER THE EIGHT AMENDMENT THAT CONSTITUE CRUEL UNUSUAL PUNISHMENT.

IV. RELIEF

YOUR COMPLAINT CANNOT GO FORWARD UNLESS YOU REQUEST SPECIFIC RELIEF. STATE BRIEFLY EXACTLY WHAT YOU WANT ARE THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENTS, CITE NO CASES OR STATUTES.

LIABILITY DAMAGES: 20,000 TWENTY THOUSAND DOLLARS DUE TO: HARRASSMENT'S, CONSPIRACY'S, U.S. CONSTITUTION VIOLATION'S + PUNITIVE DAMAGES: 20.000 TWENTY THOUSAND DOLLARS DUE TO: MENTAL STRESS, STRESS DISORDER

I DECLARE UNDER PENALTY OF PERJURY THAT THE FORGOING IS TRUE AND CORRECT.

SIGNED THIS ___01___ DAY OF __12__ 20 _08_.

COMPLAINT          - 3 -

WILLIE WEAVER
J-91389  B-2-210
PELICAN BAY STATE
PRISON P.O. BOX 7000
CRESCENT CITY, CA.
95531.



PELICAN BAY STATE PRISON
5905 Lake Earl Dr
Crescent City CA 95532

MAILED FROM ZIP COD

CONFIDENTIAL
LEGAL MAIL

OFFICE OF THE C
UNITED STATES D
COURT NORTHERN
DISTRICT OF CAL
450 GOLDEN GATE
AVENUE
SAN FRANCISCO, CA

9410233661 C004