
FILED

MAR 2 6 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

WILLIE WEAVER
                Plaintiff,

vs.

PELICAN BAY STATE PRISON
                Defendant.

CASE NO. CV-08-00652

**PRISONER'S
APPLICATION TO PROCEED
IN FORMA PAUPERIS**

I, WILLIE WEAVER, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1. Are you presently employed? Yes ____ No ✓

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: _____ Net: _____

Employer: _____

1  If the answer is "no," state the date of last employment and the amount of the gross and net
2  salary and wages per month which you received.  (If you are imprisoned, specify the last
3  place of employment prior to imprisonment.)
4  _____SACRAMENTO, AIR PORT  300 WEEKLY__
5  _____1200 MONTHLY_____
6  _____
7  2.  Have you received, within the past twelve (12) months, any money from any of the
8  following sources:
9   a.  Business, Profession or                        Yes ___ No ✓
10      self employment
11  b.  Income from stocks, bonds,                     Yes ___ No ✓
12      or royalties?
13  c.  Rent payments?                                 Yes ___ No ✓
14  d.  Pensions, annuities, or                        Yes ___ No ✓
15      life insurance payments?
16  e.  Federal or State welfare payments,             Yes ___ No ✓
17      Social Security or other govern-
18      ment source?
19  If the answer is "yes" to any of the above, describe each source of money and state the amount
20  received from each.
21  _____
22  _____
23  3.  Are you married?                               Yes ___ No ✓
24  Spouse's Full Name: _____
25  Spouse's Place of Employment: _____
26  Spouse's Monthly Salary, Wages or Income:
27  Gross $_____ Net $_____
28  4.  a.  List amount you contribute to your spouse's support:$ _____

1    b.   List the persons other than your spouse who are dependent upon you for
2         support and indicate how much you contribute toward their support. (NOTE:
3         For minor children, list only their initials and ages. DO NOT INCLUDE
4         THEIR NAMES.).
5    _____
6    _____
7    5.   Do you own or are you buying a home?        Yes ___  No ✓
8    Estimated Market Value: $_____ Amount of Mortgage: $_____
9    6.   Do you own an automobile?                   Yes ___  No ✓
10   Make _____ Year _____ Model _____
11   Is it financed? Yes ___ No ✓ If so, Total due: $ _____
12   Monthly Payment: $ _____
13   7.   Do you have a bank account?  Yes ___ No ✓ (Do not include account numbers.)
14   Name(s) and address(es) of bank: _____
15   _____
16   Present balance(s): $ _____
17   Do you own any cash? Yes ___ No ✓ Amount: $ _____
18   Do you have any other assets? (If "yes," provide a description of each asset and its estimated
19   market value.) Yes ___ No ✓
20   _____
21   8.   What are your monthly expenses?
22   Rent: $ _____         Utilities: _____
23   Food: $ _____         Clothing: _____
24   Charge Accounts:
25   Name of Account         Monthly Payment         Total Owed on This Acct.
26   _____              $ _____            $ _____
27   _____              $ _____            $ _____
28   _____              $ _____            $ _____

9. Do you have any other debts? (List current obligations, indicating amounts and to whom they are payable. Do not include account numbers.)

_____

_____

10. Does the complaint which you are seeking to file raise claims that have been presented in other lawsuits? Yes ___ No ✓

Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in which they were filed.

_____

_____

I consent to prison officials withdrawing from my trust account and paying to the court the initial partial filing fee and all installment payments required by the court.

I declare under the penalty of perjury that the foregoing is true and correct and understand that a false statement herein may result in the dismissal of my claims.

02/29/08                                Willie Weaver
DATE                                    SIGNATURE OF APPLICANT

Case Number:_____

# CERTIFICATION OF FUNDS

# IN

# PRISONER'S ACCOUNT

I certify that attached hereto is a true and correct copy of the prisoner's trust account statement showing transactions of <u>Willie Eugene Weaver  J91389</u> for the last six months at <u>Pelican Bay State Prison</u> where he is confined.

I further certify that the average deposits each month to this prisoner's account for the most recent 6-month period were $<u>5.63</u> and the average balance in the prisoner's account each month for the most recent 6-month period was $<u>10.28</u>.       (20%= $2.06)

Dated: 3/12/08

_____
Authorized officer of the institution



THE WITHIN INSTRUMENT IS A CORRECT
COPY OF THE TRUST ACCOUNT MAINTAINED
BY THIS OFFICE.
ATTEST: 3-11-08
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY _____
TRUST OFFICE

```
                    CALIFORNIA DEPARTMENT OF CORRECTIONS
                           PELICAN BAY STATE PRISON
                        INMATE TRUST ACCOUNTING SYSTEM
                         INMATE TRUST ACCOUNT STATEMENT

                    FOR THE PERIOD: SEP. 01, 2007 THRU MAR. 10, 2008

ACCOUNT NUMBER  : J91389                         BED/CELL NUMBER: BF02U 000000210S
ACCOUNT NAME    : WEAVER, WILLIE EUGENE          ACCOUNT TYPE: I
PRIVILEGE GROUP : D
                                      TRUST ACCOUNT ACTIVITY

        TRAN
DATE    CODE   DESCRIPTION      COMMENT    CHECK NUM    DEPOSITS    WITHDRAWALS    BALANCE
-----   ----   -----------      -------    ---------    --------    -----------    -------

09/01/2007     BEGINNING BALANCE                                                     0.00
11/27*DD30     CASH DEPOSIT     2318 ML101              11.25                       11.25
11/27 W211     FEDERAL FILIN    2333 11/27                            1.40           9.85
11/27 W214     FEDERAL FILIN    2333 11/27                            1.40           8.45
11/27 W215     FEDERAL FILIN    2333 11/27                            1.40           7.05
11/27 W212     FEDERAL FILIN    2333 11/27                            1.40           5.65
11/27 W212     FEDERAL FILIN    2333 11/27                            1.40           4.25
11/27 W212     FEDERAL FILIN    2333 11/27                            1.40           2.85
11/27 W214     FEDERAL FILIN    2333 11/27                            1.40           1.45
11/27 W211     FEDERAL FILIN    2333 11/27                            1.40           0.05
12/27*DD30     CASH DEPOSIT     2711 #122              22.50                        22.55
       ACTIVITY FOR 2008
01/03 FC10     DRAW-FAC 10      2808 B2                              17.23           5.32
01/15 W516     LEGAL COPY CH    3013                                  2.40           2.92
02/05 W861     REVERSE LEGAL    3408/3013                             2.40-          5.32

                                 CURRENT HOLDS IN EFFECT
 DATE          HOLD
 PLACED        CODE     DESCRIPTION                    COMMENT            HOLD AMOUNT
 ------        ----     -----------                    -------            -----------

07/31/2007     H103     DAMAGES-REFUSED TO SIGN HOLD   0506  CCI               2.87
07/31/2007     H103     DAMAGES-REFUSED TO SIGN HOLD   0506  CCI               2.45
01/08/2008     H116     FEDERAL FILING FEE HOLD        2864  12/27            22.50

                            * RESTITUTION ACCOUNT ACTIVITY

DATE SENTENCED: 01/19/96                            CASE NUMBER: 94F09335
COUNTY CODE: SAC                                    FINE AMOUNT: $   5,600.00

    DATE       TRANS.    DESCRIPTION                   TRANS. AMT.       BALANCE
    ----       ------    -----------                   -----------       -------

09/01/2007     BEGINNING BALANCE                                          5,318.82
```



THE WITHIN INSTRUMENT IS A CORRECT
COPY OF THE TRUST ACCOUNT MAINTAINED
BY THIS OFFICE.
ATTEST: 3-11-08
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY  J. Kleppin
    TRUST OFFICE

PELICAN BAY STATE PRISON
INMATE TRUST ACCOUNT STATEMENT

FOR THE PERIOD: SEP. 01, 2007 THRU MAR. 10, 2008

ACCT: J91389        ACCT NAME: WEAVER, WILLIE EUGENE        ACCT TYPE: I

\* RESTITUTION ACCOUNT ACTIVITY

DATE SENTENCED: 01/19/96                        CASE NUMBER: 94F09335
COUNTY CODE: SAC                                FINE AMOUNT: $    5,600.00

| DATE     | TRANS. | DESCRIPTION          | TRANS. AMT. | BALANCE  |
|----------|--------|----------------------|-------------|----------|
| 11/27/07 | DR30   | REST DED-CASH DEPOSIT| 12.50-      | 5,306.32 |
| 12/27/07 | DR30   | REST DED-CASH DEPOSIT| 25.00-      | 5,281.32 |

\* THIS STATEMENT DOES NOT REFLECT THE ADMINISTRATIVE FEE CHARGE THAT *
\* IS EQUAL TO TEN PERCENT OF THE RESTITUTION AMOUNT COLLECTED.         *

TRUST ACCOUNT SUMMARY

| BEGINNING BALANCE | TOTAL DEPOSITS | TOTAL WITHDRAWALS | CURRENT BALANCE | HOLDS BALANCE | TRANSACTIONS TO BE POSTED |
|-------------------|----------------|-------------------|-----------------|---------------|---------------------------|
| 0.00              | 33.75          | 28.43             | 5.32            | 27.82         | 0.00                      |



THE WITHIN INSTRUMENT IS A CORRECT
COPY OF THE TRUST ACCOUNT MAINTAINED
BY THIS OFFICE.
ATTEST: 3-11-08
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY  J. Kleppin
    TRUST OFFICE

| CURRENT AVAILABLE BALANCE |
|---------------------------|
| 22.50-                    |